# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| United States of America, <br><br> Plaintiff(s), <br><br> v. <br><br> Virgil Gibson, <br><br> Defendant(s). | Case No. 24 CR 339-1 <br> Judge Virginia M. Kendall |

## ORDER

ORDER as to Virgil Gibson: Arraignment hearing held. Defendant informed of rights and waives formal reading of the Indictment. Defendant enters plea of not guilty to the Indictment. Rule 16 Conference shall be on or before 8/23/2024. Pretrial Motions shall be filed by 10/2/2024. Response due by 10/16/2024; Replies due by 10/23/2024 Status hearing set for 10/30/2024 at 10:00 a.m. By agreement of the parties, and pursuant to Title 18, Section 3161(h)(7)(B)(iv) time is hereby excluded to 10/30/2024 for the filing and review of Pretrial Motions. The Government's oral Motion for early return of trial subpoenas is granted for both Defendant and the Government. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirmed the government's obligation to disclose favorable evidence to the accused under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and ordered it to do so. Favorable evidence under Brady need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. Defendant is remanded to federal custody.

(XT)
(00:20)

Date: 8/12/2024

/s/ Virginia M. Kendall
U.S. District Court Judge