**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

UNITED STATES OF AMERICA
　　　　　　　　　　　　　　　　Plaintiff,
v.　　　　　　　　　　　　　　　　　　　Case No.: 1:24–cr–00339
　　　　　　　　　　　　　　　　　　　　Honorable Virginia M. Kendall
Virgil Gibson
　　　　　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 30, 2024:

　　MINUTE entry before the Honorable Virginia M. Kendall as to Virgil Gibson. Status hearing held on 10/30/2024. Defendant's presence waived. Parties' oral Motion for extension of time to file Pretrial Motions is granted. Pretrial Motions shall be filed by 2/24/2025. Responses due by 3/10/2025; Replies due by 3/17/2025. Status hearing set for 3/19/2025 at 10:00 AM. Jury Trial (5 days) is set to begin on 6/2/2025 at 9:15 AM. By agreement of the parties, and pursuant to Title 18, Section 3161(h)(7)(B)(iv) time is hereby excluded to 3/19/2025 for the filing and review of Pretrial Motions. Unless requested, detained defendants will NOT be transported to the Courthouse for routine status hearings. Defense Counsel shall notify the Court if a particular defendant should appear for a routine status hearing by emailing Judge Kendall's Courtroom Deputy at Lynn_Kandziora@ilnd.uscourts.gov THREE days prior to the hearing so that the US Marshal Service has the appropriate notice to transport detainees on that day. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.