**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

United States of America
,

Plaintiff(s),

v.

Virgil Gibson,

Defendant(s).

Case No. 24 CR 339-1
Judge Virginia M. Kendall

# ORDER

ORDER as to Virgil Gibson: Change of plea hearing held. Defendant enters plea of guilty as to counts 2, 4, 5, and 8 of the Superseding Indictment. The Court accepts a plea of guilty and enters Judgment. Enter Plea Agreement. This cause is referred to the U.S. Probation Office for a pre-sentence investigation report. A sentencing is scheduled for 1/6/2027 at 10:30 a.m. Sentencing Position papers shall be filed on or before 12/11/2026. Parties shall report to the courtroom deputy by 12/11/2026 if witnesses or victims will be testifying at the Sentencing. Jury Trial set to begin on 9/14/2026 is stricken. The Court directs the disclosure of the Probation Department's sentencing recommendation to both Defendant and the Government. If restitution is being sought in this case, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. Defendant is remanded into federal custody.

(00:27)

Date: 9/3/2026

/s/ Virginia M. Kendall
U.S. District Court Judge